IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBIN WILFREDO DE LEON )
DUENAS, )
 )
    Petitioner, )
 v. ) Civil Action No. 3:25-CV-00467
 )
LEONARD OTTO, *Warden* )
*of the Moshannon Valley Processing* ) District Judge Stephanie L. Haines
*Center et al.*, ) Magistrate Judge Peter E. Ormbsy
 )
    Respondents. )

## **REPORT AND RECOMMENDATION**

Pending are Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Preliminary Injunction (ECF No. 17). On April 30, 2026, Petitioner was directed to file a status update with the Court. Petitioner has filed a Status Update (ECF No. 22), advising that an immigration judge granted his Application to Adjust Status to lawful permanent residence and that he has been released from detention. Because he has not yet received his permanent resident card, and due to his concerns that Respondents could reinitiate removal proceedings and re-detain him, he requests that this Court retain jurisdiction until he receives his permanent resident card. Although Petitioner's concerns are understandable, the mere possibility of future issues does not warrant keeping the case open.

Because Petitioner is no longer detained, it is respectfully recommended that the Petition for Writ of Habeas Corpus and Motion for Preliminary Injunction be denied as moot and that this matter be closed.

**<u>Notice to the Parties</u>**

Pursuant to the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Civil Rules, the parties may, within fourteen (14) days, file objections to this Report and Recommendation. Failure to do so will waive the right to appeal. *Brightwell v. Lehman*, 637 F.3d 187, 193 n.7 (3d Cir. 2011).

Signed on June 30, 2026.

_____
Peter E. Ormsby
United States Magistrate Judge

2