IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBIN WILFREDO DE LEON DUENAS,           )
                                          )
                    Petitioner,           )
                                          )
          vs.                             )      Civil Action No. 3:25-cv-467
                                          )      Judge Stephanie L. Haines
LEONARD OTTO *et al.*,                    )      Magistrate Judge Peter E. Ormsby
                                          )
                    Respondents.          )
                                          )

## MEMORANDUM ORDER

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Robin Wilfredo de Leon Duenas ("Petitioner") (ECF No. 1). On November 29, 2025, Immigration Customs Enforcement ("ICE") detained Petitioner and he was eventually transferred to Moshannon Valley Processing Center ("MVPC"). Petitioner claimed that based on an Immigration Judge's dismissal of his removal case/Notice to Appear, his approved I-360 petition, and grant of deferred action, Respondents have no legal basis to detain him. ECF No. 1, ¶ 14. Most recently, Petitioner filed a Status Update (ECF No. 22) that an Immigration Judge granted Petitioner's Application to Adjust Status to lawful permanent resident, ECF No. 22, p. 1, and he is no longer detained. Petitioner, however, requested that the Court hold the matter open until all immigration proceedings were fully concluded. *Id.* This matter was referred to Magistrate Judge Peter E. Ormsby for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On June 30, 2026, Magistrate Judge Ormsby filed a Report and Recommendation (ECF No. 23) recommending that the Petition (ECF No. 1) be denied as moot. The Parties were advised they could file objections to the Report and Recommendation within 14 days. *See* 28 U.S.C.§ 636

1

(b)(1)(B) and (C) and Local Civil Rule 72.D.2.

Upon review of the record and the Report and Recommendation (ECF No. 23) pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Ormsby in this matter. The purpose of a writ of habeas corpus is to challenge the legal authority under which an individual is being held in custody. *See, e.g., Keitel v. Mazurkiewicz*, 729 F.3d 278, 280 (3d Cir. 2013). It is a well-established principle, however, that federal courts lack jurisdiction to decide an issue unless it presents a live case or controversy as required by Article III, § 2, of the Const. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998). "To invoke the jurisdiction of a federal court, a litigant must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Burkey v. Marberry*, 556 F.3d 142, 147 (3d Cir. 2009) (quoting *Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 477 (1990) (citing *Allen v. Wright*, 468 U.S. 737, 750-51 (1984), and *Valley Forge Christian College v. Americans United for Separation of Church & State, Inc.*, 454 U.S. 464, 471-73 (1982)). "The case or controversy requirement continues through all stages of federal judicial proceedings, trial and appellate, and requires that parties have a personal stake in the outcome." *Id.* (citing *Lewis*, 494 U.S. at 477-78). Thus, if developments occur during the litigation that eliminate a petitioner's personal stake in the outcome of a suit or prevent a court from granting effective relief, the case must be dismissed as moot. *See id.* at 147-48; *Keitel*, 729 F.3d at 280. Given Petitioner's release, there is no remedy that the Court can provide. Therefore, the Petition and any pending motions are moot.

Accordingly, the following order is entered:

## ORDER

AND NOW, this 15th day of July, 2026, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) hereby is DENIED as moot; and,

IT IS FURTHER ORDERD that the Motion for Preliminary Injunction (ECF No. 17) is DENIED as moot; and

IT IS FURTHER ORDERED that Magistrate Judge Ormsby's Report and Recommendation (ECF No. 23) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge

3